EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2025 TSPR 138 |
| | |
| Carlos E. González Foster | 216 DPR ___ |

Número del Caso:  TS-17,933


Fecha:  12 de diciembre de 2025


Representante legal del peticionario:

     Por derecho propio


Materia:  Reinstalación al ejercicio de la notaría.


Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |  |
|---|---|---|
| In re:<br><br>Carlos E. González Foster | TS-17,933 | |

RESOLUCIÓN

En San Juan, Puerto Rico, a 12 de diciembre de 2025.

Examinado el *Informe final sobre el estado de la obra notarial incautada y notificación sobre cumplimiento de orden*, presentado por el Director de la Oficina de Inspección de Notarías (ODIN), así como el *Escrito solicitando reinstalación al ejercicio de la notaría y en cumplimiento de orden,* presentado por el Lcdo. Carlos E. González Foster, se autoriza la reinstalación del peticionario al ejercicio de la notaría.

Conforme lo dispuesto en el Art. 7 de la *Ley Notarial de Puerto Rico*, Ley Núm. 75 de 2 de julio de 1987, según enmendada, se reinstala al Lcdo. Carlos E. González Foster al ejercicio de la notaría. Se aprueba la fianza otorgada por el Colegio de Abogados y Abogadas de Puerto Rico, vigente desde el 6 de noviembre de 2025, para garantizar las funciones notariales del peticionario.

Remítase la fianza original al Secretario de Hacienda de Puerto Rico para que se archive en su oficina a los fines dispuestos en el Artículo 11 de la Ley Núm. 230 de 24 de julio de 1974 (3 LPRA sec. 283 j) y copia certificada de esta Resolución a este funcionario y a la Secretaria de Estado de Puerto Rico para su conocimiento. Únase, además, copia de la fianza al expediente personal del peticionario. Se ordena a la parte peticionaria que recoja su obra notarial en el Archivo Notarial del Distrito Notarial correspondiente.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo